**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (DAYTON)**

| | | |
|---|---|---|
| MICKEAL H. WALTERS,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY ADULT PROBATION DEPARTMENT,<br><br>Defendant. | : | Case No. 3:26-cv-00294<br><br>District Judge Thomas M. Rose<br>Magistrate Judge Caroline H. Gentry |

**ORDER SCREENING THE COMPLAINT**

This matter is before the undersigned Magistrate Judge to screen Plaintiff's Complaint. (Doc. No. 3.) The Court must screen the Complaint because Plaintiff is proceeding *in forma pauperis* under 28 U.S.C. § 1915. (*See* Doc. No. 2.) The Court considers whether the Complaint is frivolous or malicious, fails to state a claim on which relief can be granted, or seeks monetary relief against a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B). Because Plaintiff is representing himself, the Court liberally construes his Complaint. *Erickson v. Pardus*, 551 U.S. 89, 94 (2007).

Plaintiff sues the Clark County Adult Probation Department. (Doc. No. 3 at PageID 91.) Plaintiff alleges that Defendant violated Title II of the Americans with Disabilities Act (ADA) in several ways, including:

> by not providing accommodations that were sufficiently reasonable, discrimination in accessing services, forcing accommodations upon Plaintiff that are ineffective, insufficient, and unreasonable, and causing interference and intimidation upon the Plaintiff. The Defendant's failure in

> promulgating policies, practices, and procedures resulted in violations of Plaintiff's statutory rights under the ADA.

(*Id.* at PageID 92, ¶ 1.) Plaintiff's claims arise from his attempts to change the nature or location of his routine meetings with the Clark County Adult Probation Department. (Doc. No. 3.)

At this early stage of the case, without the benefit of answers or other briefing, the undersigned Magistrate Judge concludes that all the claims in the Complaint may **PROCEED** to further development. The Court will address service of process in a separate order.

Plaintiff is **REMINDED** that he must promptly notify the Court if his mailing address changes while this case is pending.

**IT IS SO ORDERED.**

*s/ Caroline H. Gentry*
CAROLINE H. GENTRY
United States Magistrate Judge