**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (DAYTON)**

| | | |
|---|---|---|
| MICKEAL H. WALTERS,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY ADULT PROBATION DEPARTMENT,<br><br>Defendant. | : : : : : : : : : | Case No. 3:26-cv-00294<br><br>District Judge Thomas M. Rose<br>Magistrate Judge Caroline H. Gentry |

## ORDER CONCERNING SERVICE

The Court has screened the complaint and determined that the case may proceed. (Doc. No. 6.) The next step is service of process. Plaintiff Walters has provided a completed summons form for the sole Defendant. (Doc. No. 1-17.) The Clerk of Court is **DIRECTED** to issue the summons if it has been properly completed. (*Id.*)

The Court will direct the United States Marshal Service (USMS) to serve process for Plaintiff because he is proceeding *in forma pauperis.* (*See* Doc. No. 2.) 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(3). Plaintiff has also provided the appropriate USMS form. (Doc. No. 1-18.)

The Clerk of Court is **DIRECTED** to submit a service packet to the USMS. The USMS is **ORDERED** to serve the summons; a copy of the Complaint (Doc. No. 3); and the undersigned's Order Screening the Complaint (Doc. No. 6) on Defendant as directed in the service forms. The costs of service shall be advanced by the United States. **The USMS shall promptly file proof of service on the docket.**

Plaintiff is **REMINDED** that he must promptly notify the Court if his mailing address changes while the case is pending.

**IT IS SO ORDERED.**

*s/ Caroline H. Gentry*
CAROLINE H. GENTRY
United States Magistrate Judge